ANNARINO, N.K.A. GRUMME, APPELLANT, *v.* ANNARINO, APPELLEE.

[Cite as *Annarino v. Annarino* (1992), 63 Ohio St.3d 1201.]

(No. 91–492—Submitted January 15, 1992—Decided February 19, 1992.)

*Crabbe, Brown, Jones, Potts & Schmidt, Jeffrey M. Lewis* and *John M. Gonzales,* for appellant Crystal E. Grumme.

*Morrow, Gordon & Byrd, A. Terrance Treneff* and *Adam K. Vernau,* for appellee Michael A. Annarino.

This cause is dismissed, *sua sponte,* as having been improvidently allowed.

The court orders that the court of appeals' opinion not be published in the Ohio Official Reports, and that it may not be cited as authority except by the parties *inter se.*

SWEENEY, HOLMES, WRIGHT, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., would affirm the court of appeals with an opinion discussing the propositions of law set forth.

DOUGLAS, J., dissents.